UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

DAVID KYLE ZUFALL,

    Plaintiff,

v.                                     CIV 08-958 WJ/CG

ROBERT IRISH, Food Service Director,
GABRIALA LNU, Shift Supervisor,
REGINA MORRISON, Supervisor,
JUSTIN PORTER, Lieutenant,
CHRIS BARELA, Administrator,
VICKI GARCIA, Captain,
LLOYD BURNS, Lieutenant,
YOLANDA UNL, and
CORRECTIONAL OFFICER ALAYO,

    Defendants.

## AMENDED *MARTINEZ* REPORT BRIEFING SCHEDULE

    Plaintiff filed change of address notice the same day Defendants filed their *Martinez* Report, and counsel for Defendants has notified the Court that she has reserved the report to Plaintiff at his new address.  *See Docs. 53-55.*  Accordingly, the previously-set briefing schedule needs to be amended.

    Wherefore,

    IT IS HEREBY ORDERED that Plaintiff shall file and serve his response to the *Martinez* Report no later than Friday, April 30, 2010, and Defendants shall file and serve their reply, if any, no later than Friday, May 14, 2010.

_____
UNITED STATES MAGISTRATE JUDGE